**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

April 10, 2024

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v. Charles Garcia,
     17 Cr. 532 (PAE)

Dear Judge Engelmayer:

I write with the consent of all parties to request the adjournment of the status conference currently scheduled for April 25 in this supervised-release matter. Specifically, I request that the conference be adjourned to June 24, at 2:15 p.m., when I understand that the Court and the parties have availability.

The reason for this request is that Mr. Garcia's state trial date was again adjourned, this time April 29. The requested date of June 24 accounts both for the possibility of a further adjournment in the state and for undersigned counsel's trial schedule.

As noted, the government and Probation have no objection to this request.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Adam Hobson
     USPO Franklin Carvajal

**GRANTED.** The conference is adjourned until June 24, 2024 at 2:15 p.m. The parties should not expect further adjournments. The Clerk of Court is requested to terminate the motion at Dkt. No. 51.

4/11/2024

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge