**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

December 10, 2024

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **United States v. Charles Garcia,**
      **17 Cr. 532 (PAE)**

Dear Judge Engelmayer:

   I write with the consent of the government and Probation to request another adjournment of the status conference currently scheduled for December 17, 2024 in this supervised-release matter. Specifically, I request that the conference be adjourned to a convenient date in late January or early February.

   The reason for this request is that Mr. Garcia's state trial has been adjourned and is now scheduled to begin on January 16, 2025.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Adam Hobson
      USPO Franklin Carvajal

**GRANTED.** The conference is adjourned until **February 11, 2025** at **10:30 a.m.** The Clerk of Court is requested to terminate the motion at Dkt. No. 61.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge