**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director and
Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 12, 2025

**BY ECF AND EMAIL**
The Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** **United States v. Charles Garcia,**
        **17 Cr. 532 (PAE)**

Dear Judge Engelmayer:

I write to request another adjournment of the status conference currently scheduled for March 20, 2025 in this supervised-release matter. The reason for this request is that Mr. Garcia's state trial has again been adjourned and is now scheduled to begin on April 2, 2025.

Neither the government nor Probation has any objection to this request.

Having discussed scheduling with the government, Probation, and the Court's deputy, I respectfully request that this proceeding be rescheduled to May 6, 2025, at 11:00 a.m.

Respectfully submitted,
/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc: AUSA Adam Hobson
    USPO Noah Joseph

**GRANTED.** The next conference is adjourned until May 6, 2025 at 11:00 a.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 65.

SO ORDERED.                                3/13/2025

PAUL A. ENGELMAYER
United States District Judge