UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>CHARLES GARCIA<br><br>Defendant. | 17-CR-532 (PAE)<br><br>SCHEDULING ORDER |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court hereby sets the following schedule and deadlines:

- The Government shall file a letter outlining the evidence it intends to offer in its case in chief by **September 1, 2026**. By this date, the Government shall also furnish the Court with the trial and pretrial transcripts, and exhibits, from Mr. Garcia's New York State prosecution.
- Any motions *in limine*, and any motion to dismiss, shall be filed by **September 8, 2026**.
- Oppositions to any motions *in limine*, or any motion to dismiss, shall be filed by **September 15, 2026**.
- The next conference in this case is scheduled for **September 28, 2026** at **2:15 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

- A hearing on the violations is scheduled for **October 5-7, 2026** at **9:30 a.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY.

SO ORDERED.

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge

Dated: July 30, 2026
New York, New York