**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 4, 2026

**VIA ECF**
The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Charles Garcia,* 17 Cr. 532 (PAE)**

Dear Judge Engelmayer:

Following our court appearance on July 30, 2026, defense counsel, Mark Gombiner, and I agreed to a resolution in this matter in which the defendant will admit to Specification 3, failure to abide by the terms of Probation's computer/internet monitoring program by possessing a device that can access the internet. The defendant's admission would obviate the need for a hearing, currently scheduled for October 5, 2026.

If this resolution is acceptable to the Court, the parties request to advance the matter for a change of plea hearing prior to the next scheduled court appearance on September 28, 2026. The undersigned will by away August 21 – August 30, 2026, but is otherwise available at the Court's convenience.

The Government thanks the Court for its consideration in this matter.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________________
Keith Savino
Assistant United States Attorney
(212) 637-1946

**GRANTED.** A conference is scheduled for August 11, 2026 at 2:30 p.m. The Clerk of Court is requested to terminate the motion at Dkt. No. 91.

8/4/2026

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge